UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GREGORY V. COSBY, SR. ,

    Plaintiff,

v.                                                  Case No: 2:14-cv-255-FtM-38DNF

LEE COUNTY, JACK BARDEN, PAUL VALENTI and GLEN SALYER,

    Defendants.
_____/

### ORDER[1]

This matter comes before the Court on the Defendant Lee County, Jack Barden, Paul Valenti, and Glen Salyer's Dispositive Motion Dismiss Complaint (Doc. #21) filed on June 24, 2014. On July 22, 2014, all Defendants filed an Amended Motion to Dismiss (Doc. #27). Therefore, the initial Motion to Dismiss (Doc. #21) is due to be denied as moot.

Accordingly, it is now **ORDERED:**

The Defendant Lee County, Jack Barden, Paul Valenti, and Glen Salyer's Dispositive Motion Dismiss Complaint (Doc. #21) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida this 20th day of August, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.